SOUTHERN RAILWAY CO. et al. v. UNITED
STATES et al.

No. 558.   Decided January 6, 1958.

*Henry L. Walker, Arthur J. Dixon, Henry J. Karison*
and *R. Granville Curry* for appellants.

*Solicitor General Rankin, Assistant Attorney General
Hansen, Robert W. Ginnane* and *B. Franklin Taylor, Jr.*
for the United States and the Interstate Commerce Commission, and *J. P. Fishwich, R. B. Gwathmey, James W.
Hoeland, W. L. Grubbs* and *Joseph L. Lenihan* for
the Harlan County Coal Operators Association et al.,
appellees.

Per Curiam.

The motions to affirm are granted and the judgment
is affirmed.